# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00832-CR

**Adam Perkins, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NO. 61479, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Adam Perkins filed an attempted notice of appeal from a judgment of conviction for indecency with a child by contact.  However, the trial court certified that:  (1) this is a plea bargain case and Perkins has no right of appeal, and (2) Perkins waived the right of appeal.

The appeal is dismissed.  *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Jeff Rose, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed

Filed:   January 25, 2013

Do Not Publish